ARTHUR T. VANDERBILT and NEW JERSEY NATIONAL BANK AND TRUST COMPANY OF NEWARK, Trustees in Liquidation, Respondents, v. ANNA L. KILBANE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS GREENBLATT, Respondent, v. ANNETTE PADGUG, Appellant, Impleaded with Others, Defendants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN BYRNE and ABRAHAM M. BOWMAN, Copartners, etc., Respondents, v. THOMAS F. BARRETT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WALTER F. WANGER, Appellant, v. PARAMOUNT PUBLIX CORPORATION, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WALTER F. WANGER, Appellant, v. PARAMOUNT PUBLIX CORPORATION, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JAMES J. V. FLEMING, Appellant, v. CHARLES SUTRO and Others, Respondents, Impleaded with Others, Defendants.— Order so far as appealed from modified by denying motion of defendants, respondents, that plaintiff be required to furnish particulars as to demands 5, 9, 10, 12, 16, 17, 18, 19, 20, 21, 22 and 23 of defendants' notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of THE BANK OF UNITED STATES in Liquidation. In the Matter of the Application of THE SUPERINTENDENT OF BANKS for Determination of Priority in Payment of Claims Pursuant to Section 78 of the Banking Law █ Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES J. TAGLIABUE MANUFACTURING COMPANY, Appellant, v. NATIONAL CITY BANK OF NEW YORK, Respondent, with Whom Have Been Joined as Parties Pursuant to an Order, etc., THE BANK OF AMERICA NATIONAL ASSOCIATION OF NEW YORK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HOWARD JENSEN, an Infant, etc., by ALMA JENSEN, His Guardian ad Litem, Appellant, v. THE UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied,